IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 15-cv-00438-PAB

PATRICK S. PARISE,

    Plaintiff,

v.

TRANSMISSION REPAIR CENTERS, Highlands Ranch Location,

    Defendant.

---

**ORDER**

---

    This matter is before the Court on its Order to Show Cause dated March 31, 2015 [Docket No. 10]. The Court ordered plaintiff to show cause on or before April 20, 2015 why this case should not be dismissed for lack of subject matter jurisdiction. Having received no response from plaintiff, it is

    **ORDERED** that this case is dismissed without prejudice. It is further

    **ORDERED** that this case is closed.

    DATED April 23, 2015.

                                  BY THE COURT:

                                  s/Philip A. Brimmer
                                  PHILIP A. BRIMMER
                                  United States District Judge